SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

June 9, 2015

Freddie Lee Walker
TDCJ # 00457485
Ellis Unit
1697 FM 1980
Huntsville, TX  77343

**RE:**   **Court of Appeals Number:**  01-15-00361-CV
          **Trial Court Case Number:**  D-1-GN-14-001926

**Style:**  Freddie Lee Walker v. Rissie Owens et al.

We are forwarding the following via Lone Star Overnight (air bill tracking # 9362955756):

1.  2 Civil Docketing Statements

2.  September 2, 2014 Reporter's Record (Hearing on Motion for Protective Order)

Please sign the attached copy and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Cheryl Roberts, Deputy Clerk

SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

June 9, 2015

Freddie Lee Walker
TDCJ # 00457485
Ellis Unit
1697 FM 1980
Huntsville, TX  77343

**RE:** **Court of Appeals Number:**  01-15-00361-CV
**Trial Court Case Number:**  D-1-GN-14-001926

**Style:** Freddie Lee Walker v. Rissie Owens et al.

We are forwarding the following via Lone Star Overnight (air bill tracking # 9362955756):

3.  2 Civil Docketing Statements

4.  September 2, 2014 Reporter's Record (Hearing on Motion for Protective Order)

Please sign the attached copy and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Cheryl Roberts, Deputy Clerk

RETURN RECEIPT

Received by_____ Date Received_____